**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DALE HOWLAND,

        Plaintiff,

-vs-                                             Case No. 8:05-cv-2190-T-24MSS

THE HERTZ CORPORATION, et al.,

        Defendants.
_____/

## O R D E R

       This cause comes before the Court sua sponte. On March 7, 2007, this Court entered an Order requiring that Defendant Suryanti show cause why a default judgment should not be entered against her for failure to defend this case. A review of the file reveals that Defendant Suryanti has failed to respond or show cause as to why a default judgment should not be entered against her for failure to defend this case.

       Accordingly, it is **ORDERED AND ADJUDGED** that the Clerk is directed to enter default against Defendant Suryanti for failure to defend this case. The Court finds that, in order to enter default judgment, it is necessary to determine the amount of damages and such damages shall be determined during trial of this matter set for April 2, 2007.

       **DONE AND ORDERED** at Tampa, Florida, this 27th day of March, 2007.

SUSAN C. BUCKLEW
United States District Judge