# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DALE HOWLAND,

                   Plaintiff,

-vs-                                       Case No.  8:05-cv-2190-T-24MSS

THE HERTZ CORPORATION, et al.,

                   Defendants.

_____/

## O R D E R

      This cause comes before the Court on the parties' Stipulation of Settlement (Doc. No. 71). In the Stipulation of Settlement the parties advise that a settlement has been reached between the Plaintiff and both Defendants.

      Accordingly, upon consideration, it is **ORDERED AND ADJUDGED** that the Clerk is directed **CLOSE** this case and **TERMINATE** any pending motions.

      **DONE AND ORDERED** at Tampa, Florida, this 29th day of March, 2007.

SUSAN C. BUCKLEW
United States District Judge